UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

v.

RAMON TORRES-GONZALEZ
    Defendant,

Court 97-cv-2445(JAF)

Collection of Money



### INSTALLMENT PAYMENT ORDER

The plaintiff herein has filed a motion requesting an installment payment order.

For the reasons stated therein and it appearing from the records of this Court in the above mentioned case that a civil judgment was issued on July 14, 1998, in the above cited action; and further,

It appearing that the defendant is receiving substantial non-exempt disposable earnings has failed to comply with his payment agreement, and has failed to make an effort to satisfy the balance due;

NOW THEREFORE, IT IS HEREBY ORDERED that Ramon Torres-Gonzalez, make an initial payment in the amount of $1,717.05, to be made on or before March 15, 2004, and further;

the defendant shall make a final payment of $156.71 to cover surcharges, on or before April 15, 2004.

USA v RAMON TORRES-GONZALEZ
97-cv-2445(JAF)
Page 2

IT IS FURTHER ORDERED;

That said payments shall be made payable to the order of the U.S. Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, 350 Carlos Chardon Street, Suite 1201, San Juan, Puerto Rico 00918, to be applied upon the judgment issued in this case; and further,

Defendant is ADMONISHED that failure to show good cause for lack of compliance with this Order could result in contempt of the Court.

SO ORDERED.

In San Juan Puerto Rico, this 16th day of January, 2004.

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE