| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER<br>97-CV-2445(JAF) |
| DEFENDANT<br>RAMON TORRES-GONZALEZ | | TYPE OF PROCESS<br>INSTALLMENT PAYMENT ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RAMON TORRES-GONZALEZ
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CARR 449 KM 1.3 SECOTR LOS TANQUES, BO. CALABAZA, SAN SEBASTIAN PR 00685 (787)896-5067

PUERTO RICO

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

H.S. GARCIA
United States Attorney
350 Chardon Street, Suite 1201
Hato Rey, PR 00918
Attn: Rebecca Vargas Vera, AUSA (787)7665656

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE SERVE INSTALLMENT PAYMENT ORDER PERSONALLY TO RAMON TORRES-GONZALEZ
EMPLOYER'S ADDRESS: A.E.E., SAN SEBASTIAN, PR
CONTACT PERSONS: JADIRA ALERS, (787)896-8346 AND ZORAIDA SOTO (787)896-8346

Signature of Attorney other Originator requesting service on behalf of:
REBECCA VARGAS-VERA - AUSA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (787)766-5656
DATE: 1.26.04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 69 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk | Date<br>1-27-04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4-1-04    Time: 11:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 270.00 | 54.75 | 4.80 | 329.55 | | |

REMARKS: